1
2
3
4
5
6
# UNITED STATES DISTRICT COURT
7
## DISTRICT OF NEVADA
8

9 ALPHONSO MASON,

10       Plaintiff,                      2:10-cv-1212-RLH-RJJ

11 vs.                              **ORDER**

12 REPUBLIC SERVICES, INC., *et al*.,

13       Defendants.

14

15         This matter came before the Court on September 28, 2010, on Plaintiff's Application

16 to Proceed in Forma Pauperis (#1) and a Civil Rights Complaint Pursuant to 42 U.S.C. § 1983.  The

17 Court finds that Plaintiff is unable to pre-pay the filing fee.  Additionally, the Complaint shall be

18 served upon Defendants.

19         IT IS THEREFORE ORDERED that Plaintiff's Application to Proceed in Forma

20 Pauperis is **GRANTED**.  Plaintiff shall not be required to pre-pay the full filing fee of three hundred

21 fifty dollars ($350.00).

22         IT IS FURTHER ORDERED that the movant herein is permitted to maintain this

23 action to conclusion without the necessity of prepayment of any additional fees or costs or the

24 giving of security therefor.  This Order granting leave to proceed in forma pauperis shall not extend

25 to the issuance of subpoenas at government expense.

26         IT IS FURTHER ORDERED that the Clerk of the Court shall file the Complaint,

27 issue summons to the named defendants herein, and deliver same to the U.S. Marshal for service.

28 Plaintiff shall have twenty (20) days in which to furnish to the U.S. Marshal the required Forms

1  USM-285.  Within twenty (20) days after receiving from the U.S. Marshal a copy of the Form

2  USM-285 showing whether service has been accomplished, Plaintiff must file a notice with the

3  Court identifying which defendants were served and which were not served, if any.  If Plaintiff

4  wishes to have service again attempted on an unserved defendant(s), then a motion must be filed

5  with the Court identifying the unserved defendant(s) and specifying a more detailed name and/or

6  address for said defendant(s), or whether some other manner of service should be attempted.

7  Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, service must be accomplished within

8  one hundred twenty (120) days from the date that the Complaint was filed.

9          IT IS FURTHER ORDERED that henceforth, Plaintiff shall serve upon defendants

10  or, if appearance has been entered by counsel, upon the attorney(s), a copy of every pleading,

11  motion or other document submitted for consideration by the court.  Plaintiff shall include with the

12  original paper submitted for filing a certificate stating the date that a true and correct copy of the

13  document was mailed to the defendants or counsel for the defendants.  The court may disregard any

14  paper received by a district judge or magistrate judge which has not been filed with the Clerk, and

15  any paper received by a district judge, magistrate judge or the Clerk which fails to include a

16  certificate of service.

17          DATED this   4th   day of October, 2010.

18

19

20

21                                              _____
                                                ROBERT J. JOHNSTON
22                                              United States Magistrate Judge

23

24

25

26

27

28