# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| ALPHONSO MASON, | ) | |
| Plaintiff(s), | ) | 2:10-cv-1212-RLH-GWF |
| vs. | ) | **O R D E R** |
| REPUBLIC SERVICES, INC., *et al.*, | ) | |
| Defendant(s). | ) | |

The Court found the Plaintiff unable to pay the original filing fee and entered an Order (#8) on October 4, 2010 granting the Plaintiff's Application to Proceed <u>in Forma Pauperis</u>.

Finding there are no reasons to believe the Plaintiff's financial circumstances have changed since the entry of that Order, IT IS HEREBY ORDERED the Plaintiff's <u>in Forma Pauperis</u> status shall continue throughout the appeal process.

DATED: April 26, 2011.

_____
Roger L. Hunt
Chief United States District Judge